USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER C. CLARK,

       Plaintiff,

   -against-

POLICE OFFICER CRAIG SIKORSKI,
       Defendant.
-------------------------------------------------------------X

16 CIVIL 7744 (PKC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 29, 2020, Officer Sikorski's motion for summary judgment is GRANTED and judgment is entered for the defendant. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from the Opinion and Order would not be taken in good faith and in forma pauperis status is denied.

**Dated:** New York, New York
    January 31, 2020

                  **RUBY J. KRAJICK**
                  **Clerk of Court**

       **BY:**
                  **Deputy Clerk**